IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT M. CROWLEY,  )
                   )
        Plaintiff, )
                   ) Civil No. 06-1344-TC
    v.             )
                   ) ORDER
MARK SHIRTLIFF, et al., )
                   )
        Defendants. )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on November 21, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this __7th__ day of __Dec.__, 2006.

_____
UNITED STATES DISTRICT JUDGE